UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MICHAEL LATROY HALL,

          Plaintiff,          Case No. 1:25-cv-198

v.                                         Honorable Phillip J. Green

STEVE HINKLEY, et al.,

          Defendants.
_____/

## ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS,* FOR PARTIAL DISMISSAL AND PARTIAL SERVICE

In accordance with the opinion filed this date:

**IT IS ORDERED** that Plaintiff is **GRANTED** leave to proceed *in forma pauperis* (ECF No. 2).

**IT IS FURTHER ORDERED** that Plaintiff's complaint against Defendants Chambers, Gault, Reed, Walker, Kucko, Shmidt, Boyer, Starbuck-Poole, Saxman, and Obrien be **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e).

**IT IS FURTHER ORDERED** that Plaintiff's § 1983 claims and ADA personal capacity claims against Defendant Hinkley be **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e).

**IT IS FURTHER ORDERED** that the Clerk shall forward the complaint to the U.S. Marshals Service, which is authorized to mail a request for waiver of service to Defendant Hinkley in the manner prescribed by Fed. R. Civ. P. 4(d)(2).  If waiver

of service is unsuccessful, summons shall issue and be forwarded to the U.S. Marshals Service for service under 28 U.S.C. § 1915(d).

**IT IS FURTHER ORDERED** that Defendant Hinkley shall file an appearance of counsel (individual Defendants may appear *pro se* if they do not have counsel) within 21 days of service or, in the case of a waiver of service, 60 days after the waiver of service was sent. Until so ordered by the Court, Defendant Hinkley is not required to file an answer or motion in response to the amended complaint, and no default will be entered for failure to do so. *See* 42 U.S.C. § 1997e(g)(1). After Defendant Hinkley has filed an appearance, the Court will enter a case management order to govern further proceedings in this case.

Dated:  May 8, 2025                         /s/ Phillip J. Green
                                                                                PHILLIP J. GREEN
                                                                                United States Magistrate Judge