UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL LATROY HALL,

Plaintiff,

Hon. Phillip J. Green

v.

Case No. 1:25-cv-00198

STEVE HINKLEY,

Defendant.
_______________________________/

**JUDGMENT**

Consistent with the Opinion and Order filed this day, Defendants' Motion for Summary Judgment, (ECF No. 11), is granted and this matter is terminated.

**IT IS SO ORDERED.**

Date: September 3, 2026

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge